**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6004

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SEAN RONDELL BUNDY, a/k/a Bun Rock, a/k/a Humps,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
James K. Bredar, Chief District Judge.  (1:08-cr-00226-JKB-1)

Submitted:  September 22, 2022                     Decided:  September 26, 2022

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sean Rondell Bundy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Rondell Bundy appeals the district court's order denying his Fed. R. Crim. P. 36 motion to correct clerical errors in his plea agreement and presentence report. We have reviewed the record and find no reversible error. *See United States v. Vanderhorst*, 927 F.3d 824, 826 (4th Cir. 2019) (stating standard). Accordingly, we affirm the district court's order. *United States v. Bundy*, No. 1:08-cr-00226-JKB-1 (D. Md. Dec. 1, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*